192 So.2d 739

**Brady ULDRIC**

v.

**STATE.**

**5 Div. 843.**

Supreme Court of Alabama.

Dec. 8, 1966.

McKee & Maye and James Noel Baker, Opelika, for petitioner.

Richmond M. Flowers, Atty. Gen., and Julian S. Pinkston, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Brady Uldric for certiorari to the Court of Appeals to review and revise the judgment and decision in Uldric v. State, 43 Ala.App. 477, 192 So.2d 736.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.